**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1571**

_____

BRIAN DAVID HILL,

        Plaintiff - Appellant,

    v.

HAYLEA WORKMAN; DREW INMAN,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of Virginia, at Danville.  John A. Gibney, Jr., Senior District Judge.  (4:25-cv-00004-JAG)

_____

Submitted:  August 28, 2025                              Decided:  September 3, 2025

_____

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Brian David Hill, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian David Hill appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 complaint seeking injunctive and declaratory relief for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Hill v. Workman*, No. 4:25-cv-00004-JAG (W.D. Va. Mar. 19, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*